FILED 2009 OCT -9 PM 4:08 U.S. DISTRICT COURT CENTRAL DIST OF CALIF LOS ANGELES

GREENBERG TRAURIG, LLP
Paul J. Schumacher (SBN 114146)
Amy B. Alderfer (SBN 205482)
2450 Colorado Avenue, Suite 400 East
Santa Monica, CA 90404
Telephone: 310-586-7700
Facsimile: 310-586-7800

Attorneys for Petitioner

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

CV09-7369 SJO (FFMx)

| | |
|---|---|
| MORGAN KEEGAN & CO., INC., | CASE NO. |
| Petitioner, | **MORGAN KEEGAN & CO., INC.'S PETITION TO VACATE ARBITRATION AWARD** |
| vs. | |
| HORACE GRANT, | |
| Respondent. | |

Petitioner Morgan Keegan & Co., Inc. ("Morgan Keegan") petitions this Court to vacate the arbitration award ("Award") of the Financial Industry Regulatory Authority ("FINRA") Dispute Resolution entered in favor of Horace Grant ("Grant" or "Respondent"), and alleges as follows:

## JURISDICTION

1. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332. Morgan Keegan is a Tennessee corporation with its principal place of business in Memphis, Tennessee, and as such, is a citizen of the state of Tennessee. Grant is a natural person who resides on a permanent basis at 195 Michael Lane, Arroyo Grande, California 93420, and as such, is a citizen of state of California. The amount in controversy exceeds $75,000, exclusive of costs and interest.

## VENUE

2. The Central District of California, Los Angeles Division is the District and Division in which the arbitration award was made. Therefore, this Court is the proper venue for the Petition to Vacate pursuant to 9 U.S.C. § 9.

## INTRODUCTION

3. On March 13, 2008, Grant initiated an arbitration proceeding by filing a Statement of Claim with the Financial Industry Regulatory Authority ("FINRA") Dispute Resolution. A true and correct copy of that document is attached to the Declaration of Terry R. Weiss as Exhibit A (hereafter all Weiss Declaration Exhibits will be referred to as "Ex. [letter]"). FINRA docketed the claim as FINRA Dispute Resolution Arbitration Case No. 08-00775, *Horace Grant v. Morgan Keegan & Company, Inc.*

4. Morgan Keegan filed an Answer denying Grant's claims, setting forth various affirmative defenses and requesting that the case be dismissed with all fees to be assessed against Grant. Ex. B.

5. The FINRA arbitrators were Chairman William J. Adams, Public Arbitrator William Lee Krantz and Non-Public Arbitrator Jonathan Schwartz. The arbitrators conducted a four-day hearing from August 25-28 in Los Angeles, California at 300 S.

Grand Avenue. On September 11, 2009, the arbitrators issued their Award in favor of Grant in the amount of $1,450,000. Ex. C.

6. This Petition is timely filed under 9 U.S.C. § 12, because the Award was issued less than three months ago.

## BASIS FOR PETITION

7. The arbitration Award must be vacated because the arbitrators exceeded their powers, and therefore violated 9 U.S.C. § 10(a)(4). In manifest disregard of the law, the arbitrators awarded Grant damages in an amount far in excess of that he otherwise may have been entitled to under the law and that bears no rational relationship to his actual losses. The arbitrators exceeded their powers as the Award is completely irrational and exhibits a manifest disregard of the law. Moreover, the arbitrators, in exceeding their powers, failed to apply the applicable statutes of limitations, which otherwise would have barred Grant's claims.

8. The arbitration Award must also be vacated because the arbitrators engaged in misconduct, and therefore violated U.S.C. § 10(a)(3). Specifically, the arbitrators refused to hear evidence offered by Morgan Keegan that was pertinent and material to the controversy. In other instances, the arbitrators' misbehavior caused further prejudice to Morgan Keegan's rights. Specifically, the arbitrators denied Morgan Keegan access to crucial information by repeatedly refusing it access to discovery routinely afforded parties under the FINRA Code of Arbitration Procedure. Morgan Keegan's right to present a full and complete defense, and therefore obtain a fair and impartial hearing, was materially prejudiced by this misconduct.

## PRAYER

9. As a result of the arbitrators exceeding their powers, their misconduct and other misbehavior, Morgan Keegan was not afforded a full, fair and impartial hearing. Therefore, Morgan Keegan respectfully requests that:

(1) The Award be vacated in its entirety; or

(2)     The matter be remanded to the arbitrators for entry of a new award consistent with the Court's rulings; and

///

(3)     For other relief which the Court deems to be proper.

DATED: October 9, 2009

GREENBERG TRAURIG, LLP

By_____
Paul J. Schumacher, Esq.
Amy B. Alderfer, Esq.
Greenberg Traurig, LLP
2450 Colorado Avenue, Ste. 400 East
Santa Monica, CA 90404

Attorneys for Respondent
Morgan Keegan & Company, Inc.

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SANTA MONICA:

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **2450 Colorado Avenue, Suite 400E, Santa Monica, CA 90404.**

On the below date, I served copies of **MORGAN KEEGAN & CO., INC.'S PETITION TO VACATE ARBITRATION AWARD** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

Four copies to:

Audrey C. Phillips
Case Administrator
FINRA Dispute Resolution
300 South Grand Avenue, Suite 900
Los Angeles, CA 90071-3135

One Service Copy to:

Andrew Stoltmann, Esq.
Stoltmann Law Offices, P.C.
10 South LaSalle Street, Suite 3500
Chicago, IL 60603

☒ **(BY FEDERAL EXPRESS)**

I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for delivery by Federal Express. Under the practice it would be deposited with Federal Express on that same day with postage thereon fully prepared at Santa Monica, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if delivery by Federal Express is more than one day after date of deposit with Federal Express. Executed on the below date, at Santa Monica, California.

☒ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 9, 2009, at Santa Monica, California.

_____
Delilah A. Phiefer

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge S. James Otero and the assigned discovery Magistrate Judge is Frederick F. Mumm.

The case number on all documents filed with the Court should read as follows:

**CV09- 7369 SJO (FFMx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
MORGAN KEEGAN & CO., INC.

**DEFENDANTS**
HORACE GRANT

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Paul J. Schumacher (SBN 114146)/Amy B. Alderfer (SBN 205482)
GREENBERG TRAURIG, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
(310) 586-7700

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No
☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Petition to Vacate Arbitration Award. Federal Arbitration Act, 9 U.S.C. § 1, et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | | | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☒ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities – Employment | ☐ 630 Liquor Laws | ☐ 61 HIA(1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | | ☐ 640 R.R.& Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | ☐ 446 American with Disabilities – Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | **IMMIGRATION** | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus-Alien Detainee | | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | ☐ 465 Other Immigration Actions | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV09-7369

**FOR OFFICE USE ONLY:** Case Number: _____
AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)      CIVIL COVER SHEET      American LegalNet, Inc. www.FormsWorkflow.com      Page 1 of 2

COPY

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Tennessee |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Luis Obispo |  |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles |  |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _/s/ Paul J. Schumacher_ Date October 9, 2009

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

CV-71 (05/08)      CIVIL COVER SHEET      Page 2 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SANTA MONICA:

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **2450 Colorado Avenue, Suite 400E, Santa Monica, CA 90404.**

On the below date, I served copies of **CIVIL COVER SHEET** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

Four copies to:

Audrey C. Phillips
Case Administrator
FINRA Dispute Resolution
300 South Grand Avenue, Suite 900
Los Angeles, CA 90071-3135

One Service Copy to:

Andrew Stoltmann, Esq.
Stoltmann Law Offices, P.C.
10 South LaSalle Street, Suite 3500
Chicago, IL 60603

☒ **(BY FEDERAL EXPRESS)**

I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for delivery by Federal Express. Under the practice it would be deposited with Federal Express on that same day with postage thereon fully prepared at Santa Monica, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if delivery by Federal Express is more than one day after date of deposit with Federal Express. Executed on the below date, at Santa Monica, California.

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 9, 2009, at Santa Monica, California.

Delilah A. Phiefer

PROOF OF SERVICE

ATL 17.296.202v4 10-9-09