GREENBERG TRAURIG, LLP
Paul J. Schumacher (SBN 114146)
Amy B. Alderfer (SBN 205482)
Email:  SchumacherP@gtlaw.com,
AlderferA@gtlaw.com
2450 Colorado Avenue, Suite 400 East
Santa Monica, CA 90404
Telephone:  310-586-7700; Facsimile:  310-586-7800

GREENBERG TRAURIG, LLP
Terry R. Weiss (Admitted *Pro Hac Vice*)
Email:  WeissTr@gtlaw.com
The Forum, 3290 Northside Parkway, Suite 400
Atlanta, GA 30327
Telephone:  678-553-2100; Facsimile:  678-553-2212

Attorneys for Petitioner
Morgan Keegan & Co., Inc.

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MORGAN KEEGAN & CO., INC., | CASE NO. CV09-7369 SJO (FFMx) |
| Petitioner, | **MORGAN KEEGAN'S OBJECTIONS TO DECLARATION OF ANDREW STOLTMANN** |
| vs. | |
| HORACE GRANT, | Date:       March 8, 2010 |
| | Time:      10:00 a.m. |
| | CTRM:          1 |
| Respondent. | **[Filed Concurrently With: Reply In Support Of Its Motion To Vacate Arbitration Award; Declaration Of Terry R. Weiss ; Declaration Of Gerard; Notice Of Lodging Of CD-ROMs; Objections to Declaration Of Andrew Stoltmann; Response to Objections To Declarations Of Terry R. Weiss, Thomas Frolik And Points And Authorities]** |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Petitioner Morgan Keegan & Co., Inc. hereby submits the following evidentiary objections to the Declarations of Andrew Stoltmann submitted by Respondent Horace Grant in support of Grant's Opposition to Motion to Compel. The numbered paragraphs below correspond to the numbered paragraphs in the declaration. Evidentiary objections are made pursuant to the Federal Rules of Evidence ("FRE"), the Local Rules of the Central District of the United States District Court of California ("LR") and the Federal Rules of Civil Procedure ("FRCP").

## DECLARATION OF ANDREW STOLTMANN

| TESTIMONY | OBJECTIONS |
|---|---|
| ¶ 8: "On or about July 2, 2008, the parties submitted their Arbitrator Ranking Form to FINRA. Arbitrator Schwartz appeared on this original list and was ranked by the parties accordingly." | Hearsay (FRE 802); lack of foundation (FRE 602) |
| ¶ 12: "Throughout the course of discovery, the parties exchanged thousands of pages of documents. Petitioner successfully had subpoenas duces tecum executed by the Chairman of the arbitration panel. The parties both filed motions to compel discovery and an oral argument was heard on the parties' discovery motions on April 4, 2009." | Irrelevant (FRE 402) |
| ¶ 13: "FINRA Code of Arbitration Procedure Rule 12514 …." | Irrelevant (FRE 402); Contains legal conclusions rather than factual evidence (LR 7-7, F.R.C.P. 56(e)) |
| ¶ 14: "Pursuant to FINRA Rule 12514, the | Irrelevant (402) |

1

ATL 17.456.885v1 2-22-10

| | |
|---|---|
| parties exchanged lists of witnesses and documents on August 10, 2009." | |
| ¶ 15: "Respondent filed his Pre-Hearing Brief on August 10, 2009… " | Irrelevant (402) |
| ¶ 16: "Rule 12413 of the FINRA Code of Arbitration Procedure states …." | Contains legal conclusions rather than factual evidence (LR 7-7, FRCP 56(e)) |
| ¶ 17: "Rule 12406(a) of the FINRA Code titled "Evidence" states …." | Contains legal conclusions rather than factual evidence (LR 7-7, FRCP 56(e)) |
| ¶ 19: "Thus, the official record of the arbitration hearing is the audio recording of the proceedings, not the transcriptions attached as Exhibits 1 though 7 to the Declaration of Tom Frolik, which represent nothing more than what an unidentified employee of Mr. Frolik's secretarial service heard on the recording." | Improper speculation and opinion (FRE 403, FRE 602); irrelevant (FRE 402). |
| ¶ 20 is Mr. Stoltmann's self-serving summary of Mr. Grant's testimony. | Hearsay (FRE 802) |
| ¶ 23 is Mr. Stoltmann's self-serving summary of Mr. Weiss' cross-examination of Mr. Grant. | Hearsay (FRE 802); irrelevant (FRE 402) |
| ¶ 24 is Mr. Stoltmann's self-serving summary of Mr. Wilfong's testimony. | Hearsay (FRE 802); irrelevant (FRE 402) |
| ¶ 25 is Mr. Stoltmann's self-serving summary of Mr. Weiss' cross-examination of Mr. Wilfong. | Hearsay (FRE 802); irrelevant (FRE 402) |
| ¶ 26 is Mr. Stoltmann's self-serving summary of Mr. Wilfong's testimony and | Hearsay (FRE 802); irrelevant (FRE 402) |

2

**MORGAN KEEGAN'S OBJECTIONS TO THE DECLARATION OF ANDREW STOLTMANN**

| | |
|---|---|
| comment regarding the transcript attached to Mr. Weiss' Declaration in Support of Morgan Keegan's Motion to Dismiss | |
| ¶ 27 is Mr. Stoltmann's self-serving summary of Respondent's case. | Hearsay (FRE 802); irrelevant (FRE 402) |
| ¶ 30 is Mr. Stoltmann's self-serving summary of Respondent's case. | Hearsay (FRE 802); irrelevant (FRE 402) |
| ¶ 31 is Mr. Stoltmann's self-serving summary of a conversation between Mr. Weiss and Arbitrator Schwartz. | Hearsay (FRE 802); irrelevant (FRE 402) |
| ¶ 33: "Under the California Corporate Securities Law …." | Contains legal conclusions rather than factual evidence (LR 7-7, FRCP 56(e)) |
| ¶ 34 regarding purported filings in the instant Petition to Vacate. | Hearsay (FRE 802); lack of foundation (FRE 602) |
| ¶ 35 regarding purported filings in the instant Petition to Vacate. | Hearsay (FRE 802); lack of foundation (FRE 602) |
| ¶ 36 regarding purported filings in the instant Petition to Vacate. | Hearsay (FRE 802); lack of foundation (FRE 602) |
| ¶ 37 regarding purported filings in the instant Petition to Vacate. | Hearsay (FRE 802); lack of foundation (FRE 602) |
| ¶ 38 regarding purported filings in the instant Petition to Vacate. | Hearsay (FRE 802); lack of foundation (FRE 602) |
| ¶ 39 regarding purported filings in the instant Petition to Vacate; "This was confirmed in a telephone conversation with Victor Cruz, Clerk for Hon. S. James Otero." | Hearsay (FRE 802); lack of foundation (FRE 602) |
| ¶ 40 regarding purported filings in the | Hearsay (FRE 802); lack of foundation |

3

| | |
|---|---|
| instant Petition to Vacate. | (FRE 602) |
| ¶ 41 regarding purported filings in the instant Petition to Vacate. | Hearsay (FRE 802); lack of foundation (FRE 602) |
| ¶ 42 regarding purported filings in the instant Petition to Vacate. | Hearsay (FRE 802); lack of foundation (FRE 602) |
| ¶ 44 regarding the "Way Back Machine" and Arbitrator Schwartz's website | Improper speculation and opinion (FRE 403, FRE 602); hearsay (FRE 802); lack of foundation (FRE 602) |
| Ex. E | Lack of foundation (FRE 602) |

DATED:  February 22, 2010

GREENBERG TRAURIG, LLP


By:  /S/ Paul J. Schumacher
      PAUL SCHUMACHER
      Attorneys for Petitioners
      Morgan Keegan & Co., Inc.

4

ATL 17.456.885v1 2-22-10