JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN KEEGAN & COMPANY, INC., <br><br> Petitioner, <br><br> v. <br><br> HORACE GRANT, <br><br> Respondent. | NO. CV 09-07369 SJO (FFMx) <br><br> **JUDGMENT IN FAVOR OF RESPONDENT HORACE GRANT** |

Having fully considered the papers filed in support of and in opposition to the Motion, including all moving, opposing and replying papers, and all evidence filed in connection therewith, having entertained and considered oral argument presented by counsel for both parties, and finding that the Motion is supported by good cause, the Court hereby makes the following findings and order:

1 | The Motion to Vacate is **DENIED**.  The arbitration award is **NOT VACATED**.
2 | IT IS SO ORDERED.
3 |
4 | Dated: June 30, 2010

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE